RAY FRIED v. LONDON GUARANTEE & ACCIDENT CO., LTD.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of leave to appeal upon defendant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, Martin, Townley and Glennon, JJ.

LOUIS COWAN v. CLARENCE C. RICE and MARY M. RICE, His Wife, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [See 240 App. Div. 1027.]

H. T. DARLING & COMPANY, INC., v. BOWMAN BILTMORE HOTELS CORPORATION. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

ELLA MARIE MORTIMER v. FIRST DIVISION PICTURES, INC.— Motion for reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title to Houghton Avenue and Olmstead Avenue. In the Matter of the Petition of CHARLES A. LENT and Others, Individually and as Executors, etc., of MARY GERTRUDE STAPLES, Deceased, and Others. In the Matter of the Counter-Petition of NASSAU BEEKMAN INVESTING COMPANY for an Order Directing the Comptroller of the City of New York to Pay the Award Made Herein for Damage Parcels Nos. 116 and 116-B and for Damage Parcels Nos. 121 and 121-A.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NAOLS CORPORATION, Appellant, v. GEORGE ANDREWS, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ELIZABETH HOLDEN WEBB, Respondent, v. E. TREVOR HILL and PERSIS L. KILLAM, as Executors, etc., of FREDERICK TREVOR HILL, Deceased, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

LILLIAN B. KOLKER, Respondent, v. WILLIAM FITCH ALLEN, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

PRESIDENT AND DIRECTORS OF THE MANHATTAN COMPANY, Conducting a Banking Business as BANK OF THE MANHATTAN COMPANY, Respondent, v. RAY LONG & RICHARD R. SMITH, INC., and Another, Defendants, Impleaded with RAY LONG, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HENNING MOLIN, Appellant, v. NEW YORK EDISON COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

DEVOE & RAYNOLDS COMPANY, INC., Respondent, v. BROADWAY JOHN STREET